UNITED STATES of America,
Plaintiff–Appellee,

v.

Maria Esther FIGUEROA–SALINAS,
Defendant–Appellant.

No. 12–10328.

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2013.*

Filed June 21, 2013.

Matthew G. Eltringham, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Rubin Salter, Jr., Esquire, Law Office of Rubin Salter, Jr., Tucson, AZ, for Defendant–Appellant.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Maria Esther Figueroa–Salinas appeals from the district court's judgment and challenges her guilty-plea conviction and 40–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Figueroa–Salinas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Figueroa–Salinas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

The court is in receipt of Figueroa–Salinas's letter dated May 30, 2013. Insofar as the letter can be construed as a motion for substitute counsel, that motion is denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.